# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> JOSE L. DELGADO PACHECO <br><br> DEBTOR(S) | CASE NUMBER: 10-02294-SEK <br><br> CHAPTER 13 ASSET CASE) |
|---|---|

## DEBTORS REPLY TO TRUSTEE'S MOTION TO DISMISS

**TO THE HONORABLE COURT:**

COMES now Debtor(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. That on May 12, 2011, the Trustee filed a Motion to Dismiss based on the fact that debtor's was in arrears in the amount of $1,638.32 dollars.

2. Debtors paid $500.00 dollars and the outstanding balance in twenty (30) days. Enclosed please find evidence of payments.

3. Based on the abovementioned, it is debtor's contention that Trustee's motion turns into a moot one.

### NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for

the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may – in its discretion – schedule a hearing.

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the present Motion, therefore deny Trustee's Motion to Dismiss.

In San Juan, Puerto Rico, this 8th, day of June 2011.

**RESPECTFULLY SUBMITTED.**

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net



**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**10-02294-SEK13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**10-02294-SEK13 Notice will not be electronically mailed to:**

AEE
PO BOX 71324
SANTURCE, PR 00936

BANCO POPULAR DE PUERTO RICO
PO BOX 3229
SAN JUAN, PR 00936

CINGULAR
PO BOX 192830
SAN JUAN, PR 00919

CLARO
PO BOX 360998
SAN JUAN, PR 00936

COLON ATIENZA LEGAL &
REPOSSESSION SERV.
PO BOX 21382
SAN JUAN, PR 00928

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR 00918

FEDERAL LITIGATION DEPT OF
JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FIRST PREMIER BANK
601 S MINNESOTA AVE.
SOOUX FALLS, SD 57104

GEMB/GAP
PO BOX 981400
EL PASO, TX 79998

ISLAND FINANCE
130 EXP. MARTINES NADAL
GUAYNABO, PR 00969

RELIABLE FINANCIAL SERVICES
9615 AVE. LOS ROMEROS, SUITE 1100
URB. MONTEHIEDRA
SAN JUAN, PR 00926

SALLIE MAE
11100 USA PARKWAY
FISHERS, IN 46037

UNIVERSIDAD INTERAMERICANA DE PR
PO BOX 3255
SAN JUAN, PR 00936